

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Khosrow Sadeghian, Appellant

No. 06-18-00062-CV     v.

Billy and Karen Wright, Appellees

Appeal from the 211th District Court of Denton County, Texas (Tr. Ct. No. 17-4755-211). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Moseley* participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellees, Billy and Karen Wright, pay all costs of this appeal.

RENDERED JANUARY 18, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk